# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS FRANCIS PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 1:24-cv-00537-JLT-SAB<br><br>ORDER DISCHARGING SEPTEMBER 6, 2024 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 9, 10, 12) |

A scheduling conference is set for September 12, 2024 in this matter. (ECF No. 3.) Because the parties failed to file a joint scheduling report one week prior to the scheduling conference, the Court issued an order on September 6, 2024 requiring the parties to show cause why sanctions should not issue. (ECF No. 9.)

On September 7, 2024 and September 10, 2024, the parties filed respective responses to the order to show cause stating they inadvertently failed to calendar the matter. (ECF Nos. 10, 12.) The Court notes the parties filed a joint scheduling report on September 9, 2024. (ECF No. 11.) The Court finds good cause to discharge the order to show cause.

Accordingly, the September 6, 2024 order to show cause (ECF No. 9) is DISCHARGED.

IT IS SO ORDERED.

Dated:  **September 10, 2024**

UNITED STATES MAGISTRATE JUDGE

1