1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   NICHOLAS FRANCIS PHILLIPS, | Case No. 1:24-cv-00537-JLT-SAB |
| 12                Plaintiff, | ORDER VACATING PENDING DATES |
| | AND REQUIRING PARTIES TO FILE |
| 13         v. | DISPOSITIONAL DOCUMENTS |
| 14   GENERAL MOTORS LLC, | **DEADLINE: MARCH 31, 2025** |
| 15                Defendant. | |

16

17     On January 22, 2025, Plaintiff filed a notice of settlement, informing the Court that

18   this matter has been resolved and that the parties expect to file dispositional documents by March

19   31, 2025.  (ECF No. 19.)

20     Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

21     1.     All pending matters and dates in this action are VACATED; and

22     2.     The parties shall file dispositional documents **no later than March 31, 2025**.

23
IT IS SO ORDERED.

24

25   Dated:   __**January 22, 2025**__                           _____

                                                STANLEY A. BOONE
26                                              United States Magistrate Judge

27

28

1